IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, SR.                                                      PLAINTIFF

V.                       CASE NO. 5:12CV00317-DPM-BD

JENNIFER McBRIDE, *et al.*                                              DEFENDANTS

## ORDER

Plaintiff was granted leave to proceed *in forma pauperis* on August 17, 2012, in this lawsuit filed under 42 U.S.C. § 1983. Service of the Complaint as to Defendant Jennifer McBride was returned to the Court unexecuted with a notation that Ms. McBride is not an employee of the Arkansas Department of Correction. (Docket entry #4)

The Clerk of the Court is directed to re-issue summons to Ms. McBride. The United States Marshal is directed to serve the Summons and Complaint, together with any attachments, on Corizon, Inc., through its counsel of record, Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612, without prepayment of fees and costs or security.

IT IS SO ORDERED, this 12th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE