**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ABRAHAM GRANT, SR.**                                                      **PLAINTIFF**

**V.**                    **CASE NO. 5:12CV00317-DPM-BD**

**JENNIFER McBRIDE,** *et al.*                                             **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff was granted leave to proceed *in forma pauperis* on August 17, 2012, in

this lawsuit filed under 42 U.S.C. § 1983.  Service of the Complaint as to Defendant

Jennifer McBride was returned to the Court unexecuted with a notation that Ms. McBride

is not an employee of the Arkansas Department of Correction.  (Docket entry #4)

The Clerk of the Court is directed to re-issue summons to Ms. McBride.  The

United States Marshal is directed to serve the Summons and Complaint, together with any

attachments, on Corizon, Inc., through its counsel of record, Humphries & Lewis, P. O.

Box 20670, White Hall, Arkansas 72612, without prepayment of fees and costs or

security.

IT IS SO ORDERED, this 12th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE