IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, SR.
ADC # 128147                                                                 PLAINTIFF

v.                          No. 5:12-cv-317-DPM

JENNIFER McBRIDE, Supervisor, ADC;
CYNTHIA NEWTON, Nurse, Varner Unit,
ADC; OJIUGO IKO, Dr., Varner Unit, ADC;
and FLOYD BROWN, Director of Nursing,
Varner Unit, ADC                                                             DEFENDANTS

## JUDGMENT

Grant's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 January 2013