IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABRAHAM GRANT, SR.**                                                             **PLAINTIFF**
**ADC # 128147**

v.                                    No. 5:12-cv-317-DPM

**JENNIFER McBRIDE, Supervisor, ADC;**
**CYNTHIA NEWTON, Nurse, Varner Unit,**
**ADC; OJIUGO IKO, Dr., Varner Unit, ADC;**
**and FLOYD BROWN, Director of Nursing,**
**Varner Unit, ADC**                                                                **DEFENDANTS**

## JUDGMENT

Grant's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 January 2013