# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ABRAHAM GRANT, SR.**                                                         **PLAINTIFF**
**ADC # 128147**

v.                                              **No. 5:12-cv-317-DPM**

**JENNIFER MCBRIDE,** *et al.*                                      **DEFENDANTS**

## ORDER

The Court previously dismissed Grant's claims and entered judgment against him. *Document Nos. 46 & 47.* He now asks the Court to reconsider. He says that the defendants' failure-to-exhaust argument was considered in error. *Document No. 49.* There is no merit to his motion — the defendants properly raised the exhaustion argument. *Document No. 24 & 39.* Grant's motion, *Document No. 49*, is dismissed. His motion to proceed *in forma pauperis*, *Document No. 48*, is denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

 7 February 2013