IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, SR.                                         PLAINTIFF
ADC # 128147

v.                         No. 5:12-cv-317-DPM

JENNIFER MCBRIDE, *et al.*                                 DEFENDANTS

ORDER

The Court previously dismissed Grant's claims and entered judgment against him. *Document Nos. 46 & 47.* He now asks the Court to reconsider. He says that the defendants' failure-to-exhaust argument was considered in error. *Document No. 49.* There is no merit to his motion—the defendants properly raised the exhaustion argument. *Document No. 24 & 39.* Grant's motion, *Document No. 49*, is dismissed. His motion to proceed *in forma pauperis, Document No. 48*, is denied as moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

7 February 2013